# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

D'WANNA WILLIAMS,
an individual,

    Plaintiff,

                                        CASE NO: 2:20-CV-01854-CLM

vs.

M3 PROPERTIES, LLC,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Comes now, Plaintiff, D'Wanna Williams, by and through undersigned counsel, and advises the Court that the parties have reach reached a settlement of all disputed issues and are in the process of circulating settlement documents for execution. Plaintiff will file a voluntary notice of dismissal with prejudice with the Court within the next 30 days.

Dated this 12th day of March, 2021.

                            Respectfully submitted,

                            By:  /s/ Edward I. Zwilling
                            Edward I. Zwilling, Esq.
                            Alabama State Bar No.: ASB-1564-L54E

**OF COUNSEL:**

Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama 35242
Telephone:  (205) 822-2701
Email:   edwardzwilling@zwillinglaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to each registered participant.

s/ Edward I. Zwilling
**OF COUNSEL**
