# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| D'WANNA WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-CV-01854-CLM |
| M3 PROPERTIES, LLC, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The Court, having been advised by the remaining parties to this action that a settlement has been reached, **DISMISSES** this case WITHOUT PREJUDICE. The court retains jurisdiction of this action to reinstate the case, if any party represents to the court **on or before April 14, 2021** that final settlement documentation could not be completed. The parties may request additional time to file dismissal documents if necessary. All pending deadlines and settings in this case are **CANCELLED.**

**DONE** and **ORDERED** this 15th day of March, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE